### WALLIS v. GARTNER et al.

BECK, J. · Under the pleadings and evidence in this case, there was no error in refusing the injunction prayed.

*Judgment affirmed. All the Justices concur.*
NOVEMBER 11, 1914.

Petition for injunction. Before Judge Littlejohn. Sumter superior court. March 27, 1914.

*Wallis & Fort,* for plaintiff. *Battle & Hollis, McCutchen & Bowden,* and *W. W. Dykes,* for defendants.